HOLLY T. SHIKADA                                4017
   Attorney General of the State of Hawaiʻi
ROBERT T. NAKATSUJI                             6743
   First Deputy Solicitor General
NICHOLAS M. MCLEAN                              10676
   Deputy Solicitor General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
Email: nicholas.mclean@hawaii.gov

Attorneys for DEPARTMENT OF HEALTH,
STATE OF HAWAIʻI; ELIZABETH A. CHAR,
in her official capacity as Director of the State of
Hawaiʻi Department of Health; MARIAN E. TSUJI,
in her official capacity as Deputy Director
of the State of Hawaiʻi Department of Health

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>  v.<br><br>DEPARTMENT OF HEALTH, STATE OF HAWAIʻI; ELIZABETH A. CHAR, in her official capacity as Department of Health Director; MARIAN E. TSUJI, in her official capacity as Department of Health Deputy Director,<br><br>            Defendants,<br><br>and | No. 1:22-cv-00051-DKW-RT<br><br>**FIRST JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE ANSWERS OR OTHER RESPONSIVE PLEADINGS**<br><br>District Judge: Derrick K. Watson<br><br>Magistrate Judge: Rom Trader<br><br>[caption continued] |

| |
|---|
| SIERRA CLUB; BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU, |
|                 Intervenor-Defendants. |

## FIRST JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE ANSWERS OR OTHER RESPONSIVE PLEADINGS

Pursuant to Civil LR6.2(a) and Civil LR10.5, Defendants DEPARTMENT OF HEALTH, STATE OF HAWAIʻI; ELIZABETH A. CHAR, in her official capacity as Director of the State of Hawaiʻi Department of Health, and MARIAN E. TSUJI, in her official capacity as Deputy Director of the State of Hawaiʻi Department of Health (collectively, "**the State**"); Plaintiff UNITED STATES; Intervenor-Defendant SIERRA CLUB; and Intervenor-Defendant the BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU ("**Board of Water Supply**") hereby stipulate and agree as follows:

      1.    This stipulation will not alter the date of any event or any deadline already fixed by Court order.

      2.    There have been no previous stipulations or applications for extensions of time in this matter.

      3.    Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Sierra Club's answer or other responsive pleading in response to Plaintiff's Complaint

(Dkt. No. 1) is currently due on March 1, 2022, and the answers or other responsive pleadings of the State and the Board of Water Supply are also currently due on that same date.

4. Whereas counsel for Sierra Club has a pre-existing conflict with the current deadline, and whereas an extension is also warranted with respect to the State and the Board of Water Supply in light of the press of other urgent matters and the need to analyze the legal issues raised by the United States' Complaint.

5. THEREFORE, the parties hereby stipulate to and request that the Court enter an order extending the deadline for Sierra Club, the Board of Water Supply, and the State to file answers or other responsive pleadings to **March 15, 2022**.

Dated: February 17, 2022    Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

/s/ Lucy E. Brown
LUCY E. BROWN (HI Bar #10946)
LESLIE M. HILL (DC Bar #476008)
DAVID D. MITCHELL (IL Bar #6302250)
Environmental Defense Section

ELLIOT ENOKI (HI Bar #1528)
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States,

                                        Acting under Authority Conferred by
28 U.S.C. § 515
DANA A. BARBATA (HI Bar #9112)
Assistant U.S. Attorney

                                        Attorneys for Plaintiff

DATED: Honolulu, Hawaiʻi, February 17, 2022.

                                        */s/ Kylie Wager Cruz*
KYLIE WAGER CRUZ

                                        Attorney for Intervenor-Defendant
SIERRA CLUB

DATED: Honolulu, Hawaiʻi, February 17, 2022.

                                        */s/ Jeff A. Lau*
JEFF A. LAU

                                        Attorney for Intervenor-Defendant
BOARD OF WATER SUPPLY, CITY
AND COUNTY OF HONOLULU

/

/

/

/

/

/

DATED: Honolulu, Hawai'i, February 17, 2022.

/s/ *Nicholas M. McLean*
HOLLY T. SHIKADA
   Attorney General of the State of Hawai'i
ROBERT T. NAKATSUJI
   First Deputy Solicitor General
NICHOLAS M. MCLEAN
   Deputy Solicitor General

Attorneys for DEPARTMENT OF HEALTH, STATE OF HAWAI'I; ELIZABETH A. CHAR, in her official capacity as Director of the State of Hawai'i Department of Health; MARIAN E. TSUJI, in her official capacity as Deputy Director of the State of Hawai'i Department of Health

**APPROVED AND SO ORDERED.**

DATED:  February 18, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

___

*UNITED STATES v. DEPARTMENT OF HEALTH, STATE OF HAWAI'I; ELIZABETH A. CHAR, in her official capacity as Department of Health Director; MARIAN E. TSUJI, in her official capacity as Department of Health Deputy Director; and SIERRA CLUB; and BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU; No. 1:22-cv-00051-DKW-RT; FIRST JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE ANSWERS OR OTHER RESPONSIVE PLEADINGS*