TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
LUCY E. BROWN (HI Bar #10946)
LESLIE M. HILL (DC Bar #476008)
DAVID D. MITCHELL (IL Bar #6302250)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 598-1868 (Brown)
Fax:  (202) 514-8865
Email: lucy.e.brown@usdoj.gov
Email: leslie.hill@usdoj.gov
Email: david.mitchell@usdoj.gov

ELLIOT ENOKI (HI Bar #1528)
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States,
Acting under Authority Conferred by
28 U.S.C. § 515
DANA A. BARBATA (HI Bar #9112)
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: dana.barbata@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CIVIL NO. 1:22-cv-00051-DKW-RT |
|---|---|
| Plaintiff, | NOTICE OF ACTION |
| v. | |

| | |
|---|---|
| DEPARTMENT OF HEALTH, STATE OF HAWAII; ELIZABETH A. CHAR, in her official capacity as Department of Health Director; MARIAN E. TSUJI, in her official capacity as Department of Health Deputy Director;<br><br>                Defendants,<br><br>and<br><br>SIERRA CLUB; BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU,<br><br>                Intervenor-Defendants. | <u>District Judge</u>: Derrick K. Watson<br><br><u>Magistrate Judge</u>: Rom Trader |

Plaintiff, the United States of America, files this notice of action to inform the Court of developments that could impact the above-captioned case. The United States notes the following:

    1.    On March 7, 2022, the Secretary of Defense announced the Department of Defense's decision to defuel and permanently close the Red Hill Bulk Fuel Storage Facility. *See* Exhibit A.

    2.    The United States has advised Defendant and Intervenor-Defendants of this decision.

3. The United States will confer with Defendant and Interevenor-Defendants regarding the path forward in this litigation in light of the decision to permanently close Red Hill.

4. Once the parties have conferred, the United States will inform the Court of proposed next steps, such as holding a status conference or an extension or stay of all pending deadlines.

Dated: March 7, 2022     Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Lucy E. Brown*
LUCY E. BROWN (HI Bar #10946)
LESLIE M. HILL (DC Bar #476008)
DAVID D. MITCHELL (IL Bar #6302250)
Environmental Defense Section

ELLIOT ENOKI (HI Bar #1528)
Executive Assistant U.S. Attorney
District of Hawaii
Attorney for the United States,
Acting under Authority Conferred by
28 U.S.C. § 515
DANA A. BARBATA (HI Bar #9112)
Assistant U.S. Attorney

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following:

Via CM/ECF Electronic Service:

| | |
|---|---|
| NICHOLAS MATTHEW MCLEAN, ESQ. | nicholas.mclean@hawaii.gov |
| ROBERT TADAO NAKATSUJI, ESQ. | robert.t.nakatsuji@hawaii.gov |

  Attorneys for Defendant
  DEPARTMENT OF HEALTH, STATE OF HAWAII; ELIZABETH A. CHAR, in her official capacity as Department of Health Director; MARIAN E. TSUJI, in her official capacity as Department of Health Deputy Director

| | |
|---|---|
| KYLIE WHA KYUNG WAGER CRUZ, ESQ. | kwager@earthjustice.org |
| DAVID LANE HENKIN, ESQ. | dhenkin@earthjustice.org |

  Attorneys for Intervenor-Defendant SIERRA CLUB

| | |
|---|---|
| JEFF A. LAU, ESQ. | jlau3@honolulu.gov |

  Attorney for Intervenor-Defendant
  BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU

DATED: March 7, 2022, at Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　　/s/ Lucy E. Brown
　　　　　　　　　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice