# Exhibit A



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

MAR 0 7 2022

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                               COMMANDERS OF THE COMBATANT COMMANDS
                               DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Immediate Actions to Permanently Close the Red Hill Bulk Fuel Storage Facility at Joint Base Pearl Harbor-Hickam and to Redistribute Fuel in Accordance with INDOPACOM Plans for Strategic Fuel Storage in the Pacific Region

       In recent months, leaders across the Department of Defense have worked to address the November release and contamination at the Red Hill Bulk Fuel Storage Facility (RHBFSF) in Hawaii. Our approach has been guided by a commitment to protect the population, the environment, and the security of the nation. We believe these goals are mutually reinforcing and we have taken broad actions to remedy environmental impacts, restore safe drinking water, and care for affected military families and the people of Hawaii.

       We also launched a thorough review of the facility's long-term future, to include the option of defueling and permanently closing RHBFSF. Since late January 2022, we have been on an aggressive schedule to analyze and determine the distribution of fuel reserves for our operations in the Pacific theater. This work has been evidence-based and fully alignes with our focus on the population, the environment, and national security.

       **As an outcome of this review, today I am directing the Secretary of the Navy, in coordination with the Commander of the United States Indo-Pacific Command, to take all steps necessary to defuel and permanently close the Red Hill Bulk Fuel Storage Facility.**

       To carry out this direction, the Secretary of the Navy, in cooperation with the Director, Defense Logistics Agency (DLA), will defuel the facility in compliance with environmental safeguards and best practices. By no later than May 31, 2022, the Secretary of the Navy and Director, DLA will provide me with a plan of action with milestones to defuel the facility. The plan of action shall require that defueling operations commence as soon as practicable after the facility is deemed safe for defueling and target the completion of that defueling within 12 months. The Secretary of the Navy will also work with the U.S. Environmental Protection Agency and with the State of Hawaii Department of Health to plan for and implement the permanent closure of the RHBFSF in a manner that complies with all applicable laws. In connection with the permanent closure of the RHBFSF, the Secretary of the Navy shall plan and budget for all necessary corrective action for any prior releases from the facility. As we move forward in closing Red Hill, we will continue to involve our federal, congressional, state, and community stakeholders.

       Redistributing our fuel reserve across the Indo-Pacific will better position the United States to meet future challenges in the region. Our approach will fully comply best practices and environmental regulations for fuel storage on land and afloat.

Exhibit A

    In parallel with our work to defuel and permanently close RHBFSF, the Department of Defense remains committed to mitigating the impacts of the November incident. We will complete environmental mitigation efforts at the Red Hill drinking water well and any other impacted areas. We will restore safe drinking water to all affected residents and provide best-in-class sampling and testing to ensure the continued safety of drinking water. And we will care for our military families by addressing any health impacts from this incident and by using available authorities to provide assistance to address displacement from homes or damage to household goods.

    Today's decision will better support our operations in the Pacific theater, while caring for the health and safety of the people of Hawaii and our military families. We will continue to do everything we can to safeguard the population, the environment, and the security of the nation.

*[Signature: Lloyd J. Austin]*